**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Thomas Catalano, | Court File No. 09-CV-321 (PAM/FLN) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| EndoPhotonix, Inc., | |
| Defendant. | |

Upon the Stipulation submitted by all counsel of record,

IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed without prejudice.

Dated: May 8, 2009

BY THE COURT:

s/Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge